LADOS.—Infracción de la Ley del Salario Mínimo. Ponce. Noviembre 19, 1920. *Desistida.*

No. 1608. El Pueblo, Apelante, *v.* Rangel, Apelado.— Hurto de menor cuantía. Ponce. Noviembre 19, 1920. *Desistida.*

No. 2347. Schluter, Apelada, *v.* Hernández, Apelante.— Cobro de dinero. San Juan, Sección Primera. Noviembre 23, 1920. *Desestimada.*

No. 2367. Freyre, Apelado, v. Sucesión Sevillano, Apelante.—Cobro de honorarios. San Juan, Sección Primera. Noviembre 23, 1920. *Desestimada.*

No. 2353. Ramos, Apelante, *v.* Garage Lareño, Inc., Apelado.—Daños y perjuicios. Aguadilla. Noviembre 23, 1920. *Desestimada.*

No. 2354. Quiñones, Apelante, *v.* Alcover, Apelado.—Filiación. Aguadilla. Noviembre 23, 1920. *Desestimada.*

No. 308. Martínez, Peticionario, *v.* Berga, Juez de Distrito. — Aguadilla. *Certiorari.* Noviembre 23, 1920. *Denegado.*

No. 2373. Fernández, Apelante, *v.* Carvajal, Apelado.— Divorcio. San Juan, Sección Segunda. Noviembre 26, 1920. *Desistida.*

No. 2378. Ex parte Alméstica, Apelante. — *Habeas Corpus.* San Juan, Sección Segunda. Noviembre 29, 1920. *Desistida.*

No. 309. Rodríguez, Peticionario, *v.* Campillo, Juez de Distrito, Demandado.—San Juan, Sección Primera. *Certiorari.* Noviembre 30, 1920. *Denegado.*

No. 2282. Nazario Lugo, Apelado, *v.* Fernández y Diez et al., Apelantes.—Cobro de dinero. Mayagüez. Diciembre 1, 1920. *Desestimada.*

No. 2370. Central Eureka, Inc., Apelante, *v.* Fajardo, Apelado.—*Injunction.* Mayagüez. Diciembre 4, 1920. *Desistida.*

No. 2348. Sucesión de J. Archilla, Apelada, *v.* Martí-

NEZ, APELANTE.—Desahucio. San Juan, Sección Primera. Diciembre 6, 1920. *Desestimada.*

No. 1562. EL PUEBLO, APELADO, *v.* PANTOJA, APELANTE.— Infracción de la Ley del Trabajo. San Juan, Sección Segunda. Diciembre 7, 1920. *Revocada y absuelto el acusado.*

No. 2298. EX PARTE GÓMEZ, VIUDA DE DÍAZ, APELANTE, *v.* LA SUPERIORA DEL ASILO DE NIÑAS HUÉRFANAS, REQUERIDA Y APELADA.—*Habeas corpus.* San Juan, Sección Segunda. Diciembre 7, 1920. *Desestimada.*

No. 2344. MORANTE, APELANTE, *v.* PÉREZ AVILÉS ET AL., APELADOS.—Desahucio. Arecibo. Diciembre 7, 1920. *Desestimada.*

No. 1641. EL PUEBLO, APELADO, *v.* EFRESE, APELANTE.—Infracción del artículo 260 del Código Penal (prostitución). San Juan, Sección Segunda. Diciembre 9, 1920. *Desistida.*

No. 1570. EL PUEBLO, APELADO, *v.* RÍOS, APELANTE.—Adulteración de leche. Ponce. Diciembre 10, 1920.

No. 1579. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—Acometimiento y agresión grave. San Juan, Sección Segunda. Diciembre 10, 1920.

No. 1564. EL PUEBLO, APELADO, *v.* COLL Y CUCHÍ, APELANTE.—Infracción del Reglamento del Tesorero de Puerto Rico. Humacao. Diciembre 10, 1920.

No. 1557. EL PUEBLO, APELADO, *v.* OSORIO, APELANTE.—Acometimiento y agresión grave. Humacao. Diciembre 10, 1920. *Confirmadas las apelaciones.*

No. 1563. EL PUEBLO, APELADO, *v.* PADILLA, APELANTE.— Adulteración de leche. San Juan, Sección Segunda. Diciembre 13, 1920. *Revocada la sentencia y absuelto el acusado.*

No. 1578. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—Infracción de la Ley de Andamios. San Juan, Sección Segunda. Diciembre 13, 1920.

No. 1566. EL PUEBLO, APELADO, *v.* CUILIAN, APELANTE.— Infracción de la Ley de Arbitrios. Ponce. Diciembre 13, 1920.